UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | |
| Vs. | : | |
| MATTHEW GREER | : | |
| Defendant. | : | |

.   .   .   .   .   .   .   .   .   .   .   .   .   .

### MATTHEW GREER'S UNOPPOSED MOTION FOR TRAVEL

Without objection from the government or probation, Matthew Greer respectfully requests permission to travel internationally from August 28, 2019 through September 9, 2019. In support of this request, Mr. Greer submits the following:

On January 27, 2017, Mr. Greer surrendered to the United States Marshal and began serving his sentence. During his time in custody, Mr. Greer was not the subject of any infractions or disciplinary actions. To the contrary, while incarcerated, Mr. Greer successfully completed an intensive treatment program, and was released from the Federal Prison Camp in Montgomery, Alabama on April 20, 2018.

After his release, Mr. Greer served the remainder of his sentence as part of the Residential Re-Entry program at Banyan Health Systems in Miami, Florida. During this time, Mr. Greer worked at the Lotus House women's shelter in Miami. He received high marks for his participation and positive behavior and was granted home visitation privileges. Mr. Greer was not the subject of any infractions or disciplinary actions at Banyan. On August 21, 2018, Mr. Greer was released to probation and has since complied fully with the terms and conditions of his supervision.

On two separate occasions (October 13, 2016, and October 26, 2018), Mr. Greer previously requested and was granted permission to travel from the Court. *See* DE 338, 339, 510, 511. Mr. Greer fully complied with all terms and conditions imposed for this pre-approved travel.

Mr. Greer's request for international travel is for the purpose of traveling with his significant other to attend a wedding in Perugia, Italy. Mr. Greer will fly to Milan, Italy on August 28, 2019 and will travel by train to Perugia. Mr. Greer will return to Milan by train and travel to Miami on September 9, 2019. The itinerary has been provided to probation and to the government.

We have conferred with Assistant United States Attorney Michael Sherwin and Sr. U.S. Probation Officer John Carles, neither of whom object.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

**KOBRE & KIM, LLP**

*Attorneys for Matthew Greer*

201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100

*/s/* Adriana Riviere-Badell
Matthew I. Menchel (FBN 12043)
Adriana Riviere-Badell (FBN 30572)
Kobre & Kim LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100
Email: adriana.rivere-badell@kobrekim.com
Email: matthew.menchel@kobrekim.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 28, 2019, I electronically filed the foregoing Proposed Motion for Travel with the Clerk of the Court using CM/ECF, which will generate Notices of Electronic Filing for the following current counsel of record:

### SERVICE LIST

Michael R. Sherwin
Michael.sherwin@usdoj.gov
305-961-9067

Michael N. Berger
michael.berger@usdoj.gov
305-961-9445

Evelyn Baltodano-Sheehan
evelyn.sheehan@usdoj.gov
305-961-9125

Eloisa Delgado Fernandez
eloisa.d.fernandez@usdoj.gov
305-961-9025

Karen Rochlin
karen.rochlin@usdoj.gov
305-961-9234

US Attorney's Office
99 NE 4th St.
Miami, FL 33132

*Attorneys for the United States of America*

Dated: February 28, 2019            */s/* Adriana Riviere-Badell
                                    Adriana Riviere-Badell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

| United States of America, | : |
| Plaintiff | : |
| Vs. | : |
| MATTHEW GREER | : |
| Defendant. | : |

. . . . . . . . . . . . . .

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL

This matter is before the Court on the defendant Matthew Greer's Unopposed Motion for Travel. For good cause, it hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. Mr. Greer shall be permitted to travel internationally from August 28, 2019 through September 9, 2019.

DONE AND ORDERED this _____ day of _____, 2019.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record