UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

| | |
|---|---|
| United States of America, | : |
|     Plaintiff | : |
| Vs. | : |
| MATTHEW GREER | : |
|     Defendant. | : |

. . . . . . . . . . . . . . .

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR TRAVEL**

This matter is before the Court on the defendant Matthew Greer's Unopposed Motion for Travel. For good cause, it hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. Mr. Greer shall be permitted to travel internationally from August 28, 2019 through September 9, 2019.

DONE AND ORDERED this ___ day of Mar., 2019.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record