UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Vs. | : |
| MATTHEW GREER | : |
| Defendant. | : |

. . . . . . . . . . . . . . .

**MATTHEW GREER'S MOTION FOR EARLY TERMINATION OF HIS
SUPERVISED RELEASE ON NOVEMBER 1, 2019**
(No objection from the U.S. Attorney's Office)

Without objection from the government, Matthew Greer respectfully requests an early termination of his supervised release. In support of this request, Mr. Greer submits the following:

On September 23, 2015, Mr. Greer pled guilty to two separate counts of conspiracy to steal government money and property. On December 7, 2016, this Court sentenced Mr. Greer to thirty-six months in prison and an additional three years of supervised release upon release from prison.

On January 27, 2017, Mr. Greer surrendered to the United States Marshal and began serving his sentence. During his time in custody, Mr. Greer was not the subject of any infractions or disciplinary actions. To the contrary, while incarcerated, Mr. Greer successfully completed an intensive treatment program. Further, Mr. Greer's "substantial assistance to law enforcement" was noted in a February 27, 2018 motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure Rule 35 filed by Assistant United States Attorneys Michael Sherwin and Michael Berger (*see* D.E. 494), which was granted by the Court on March 1, 2018

(*see* D.E. 495). Mr. Greer was released from the Federal Prison Camp in Montgomery, Alabama on April 20, 2018.

After his release, Mr. Greer served the remainder of his sentence as part of the Residential Re-Entry program at Banyan Health Systems in Miami, Florida. During this time, Mr. Greer worked at the Lotus House women's shelter in Miami. He received high marks for his participation and positive behavior and was granted home visitation privileges. Mr. Greer was not the subject of any infractions or disciplinary actions at Banyan. On August 21, 2018, Mr. Greer was released for supervision by probation and has since complied fully with the terms and conditions of his supervision. He now requests that his term of supervised release end on November 1, 2019.

Under 18 U.S.C. § 3583 and the Federal Rules of Criminal Procedure, the Court has the authority to terminate a term of supervised release and discharge a defendant released at any time after the expiration of one year of supervised release if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. *See United States v. Johnson*, 877 F.3d 993, 996 n.7 (11th Cir. 2017); *See also* Fed. R. Civ. P. 32.1(b).

When assessing a defendant's request for early termination, the Court is required to consider certain sentencing factors set out in 18 U.S.C § 3553 including the history and characteristics of a defendant. *See id*. Mr. Greer understands his wrongdoing and the consequences of his actions and asks that his supervised release period be reduced because he has complied with the requirements imposed by the Court. The restrictions of his liberty to date have served the purpose of both punishment and deterrence. He has demonstrated responsibility, trustworthiness and reliability since his release from custody.

We have conferred with Assistant United States Attorney Michael Sherwin who does not object. Additionally, on September 11, 2019, counsel for Mr. Greer spoke with Senior Probation Officer John Carles who indicated that he has supervised Mr. Greer since his release

from the Banyan Halfway House and Mr. Greer has been compliant with the conditions of supervised released.

A proposed order is attached for the Court's consideration.

Respectfully submitted,

**KOBRE & KIM, LLP**

*Attorneys for Matthew Greer*

201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100

/s/ Adriana Riviere-Badell
Matthew I. Menchel (FBN 12043)
Adriana Riviere-Badell (FBN 30572)
Kobre & Kim LLP
201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Tel: (305) 967-6100
Email: adriana.rivere-badell@kobrekim.com
Email: matthew.menchel@kobrekim.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I electronically filed the foregoing Proposed Motion for Travel with the Clerk of the Court using CM/ECF, which will generate Notices of Electronic Filing for the following current counsel of record:

## **SERVICE LIST**

Michael R. Sherwin
Michael.sherwin@usdoj.gov
305-961-9067

Michael N. Berger
michael.berger@usdoj.gov
305-961-9445

Eloisa Delgado Fernandez
eloisa.d.fernandez@usdoj.gov
305-961-9025

Karen Rochlin
karen.rochlin@usdoj.gov
305-961-9234

US Attorney's Office
99 NE 4th St.
Miami, FL 33132

*Attorneys for the United States of America*

Dated: September 12, 2019                                        /s/ Adriana Riviere-Badell
                                                                                     Adriana Riviere-Badell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

UNITED STATES OF AMERICA  :

Vs.                       :

MATTHEW GREER             :

    Defendant.            :

. . . . . . . . . . . . . . .

**ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF HIS SUPERVISED RELEASE**

This matter is before the Court on the defendant Matthew Greer's Motion for Early Termination of His Supervised Release. For good cause, it hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. Mr. Greer's supervised release shall be terminated effective November 1, 2019.

DONE AND ORDERED this _____ day of _____, 2019.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record