UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-CR-20473-UNGARO

UNITED STATES OF AMERICA :

Vs. :

MATTHEW GREER :

    Defendant. :

. . . . . . . . . . . . . .

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF HIS SUPERVISED RELEASE

This matter is before the Court on the defendant Matthew Greer's Motion for Early Termination of His Supervised Release. For good cause, it hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. Mr. Greer's supervised release shall be terminated effective November 1, 2019.

DONE AND ORDERED this _13_ day of _Sept._, 2019.

_____
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record