UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20473-UNGARO

UNITED STATES OF AMERICA

        Plaintiff,

vs.

MATTHEW GREER,

        Defendant.
_____/

**SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT**

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine/restitution imposed on December 01, 2016, against Matthew Greer. The Clerk of the United States District Court of Southern Florida is authorized and empowered to satisfy and cancel said Judgment of record.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

BY:    */s/ Vivian Rosado*
        Vivian Rosado
        Assistant U.S. Attorney
        Florida Bar No. 849367
        99 NE 4th Street, Suite 300
        Miami, FL 33132
        Tel: (305) 961-9313
        E-mail: vivian.rosado@usdoj.gov